AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2021

SEAN F. McAVOY, CLERK

Larry G Philpot, )
*Plaintiff* )
v. ) Civil Action No. 2:20-cv-00400-RMP
Inland Publications Inc, )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Offer of Judgment (ECF No. 18-1) and Acceptance of Offer (ECF No. 18-2), Judgment is entered against the Defendant and in favor of Plaintiff in the amount of $8,500.00, in satisfaction of all claims for damages, costs under 17 U.S.C. § 505, expenses, attorneys' fees under 17 U.S.C. § 505, and interest asserted by Plaintiff in this action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Judgment entered pursuant to Plaintiffs' Notice of Acceptance of Offer of Judgment from Defendant pursuant to Federal Rule of Civil Procedure 68.

Date: 6/21/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen